**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:17-10067-STA-5 |
| | ) | |
| STEVEN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on February 9, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Steven Jones, appearing in person, and with counsel, Russell Larson.

With leave of the Court, the defendant withdrew  the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MAY 22, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 9th day of February, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT