IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No.: 1:17-CR-10067-STA |
| STEVEN JONES, | ) |  |
| Defendant. | ) |  |

**ORDER ON MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

THIS cause came on to be heard before the Honorable S. Thomas Anderson, Chief United States District Judge for the Western District of Tennessee upon Motion of the Defendant for a continuance of his sentencing hearing.

It is THEREFORE ORDERED, ADJUDGED, and DECREED that the Sentencing hearing be rescheduled to **Monday, June 25, 2018** at **9:00 A.M**.

This the 15th day of May, 2018.

s/ S. Thomas Anderson
Honorable S. Thomas Anderson
Chief United States District Judge